**David J. OAKES, Plaintiff—Appellant,**

v.

**William F. DALIUS, Jr., Defendant—Appellee.**

No. 03–7156.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 19, 2003.

David J. Oakes, Appellant pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

David J. Oakes appeals the district court's order dismissing his action filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Nar-*

*cotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Oakes v. Dalius,* No. CA–03–498–5–H (E.D.N.C. July 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*